# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Kelley Joe Hutchinson,<br><br>        Plaintiff,<br>v.<br><br>Elite Financial Services, Inc.,<br><br>        Defendant. | Civil Action No. 2:12-cv-02274-JAR/JPO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

LAW OFFICE OF J. MARK MEINHARDT

Dated: 10-06-12

By /s/J. Mark Meinhardt
J. Mark Meinhardt (KS #20245)
Attorney for Plaintiff
9400 Reeds Road, Suite 210
Overland Park, Kansas 66207
T: 913-451-9797
F: 913-451-6163
mark@meinhardtlaw.com

BASSFORD REMELE
*A Professional Association*

Dated: 10-06-12

By /s/Michael A. Klutho
Michael A. Klutho (KS #78069)
Attorneys for Defendant
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
T: 612-333-3000
F: 612-333-8829
mklutho@bassford.com